## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| 51 APPLEGATE PARTNERS, LLC | : | |
| Plaintiff | : | CASE NO.: 3:21-cv-1472 |
| | : | |
| VS. | : | |
| | : | |
| PENN-AMERICA INSURANCE | : | |
| COMPANY | : | |
| Defendant | : | NOVEMBER 4, 2021 |

### NOTICE OF REMOVAL TO FEDERAL COURT

COMES NOW, the Defendant, Penn-America Insurance Company, by and through the undersigned counsel, and in accordance with 28 U.S.C. §§ 1331, 1332, 1441 and 1446, hereby removes the above-captioned case from the Superior Court of Connecticut, Judicial District of Hartford to the United States District Court for the District of Connecticut. In support thereof, the Defendant avers the following grounds for removal:

1. The Plaintiff filed a Summons and Complaint on October 6, 2021, against the Defendant, Penn-America Insurance Company, in the Superior Court of Connecticut, Judicial District of Hartford, bearing a return date of November 2, 2021. A copy of the Summons, Complaint, and Return of Service are attached hereto as **Exhibit 1**.

2. The Defendant received a copy of the same on October 12, 2021. Because this Notice of Removal is filed within thirty (30) days after October 12, 2021, removal of this action is timely.[1]

---

[1] The Plaintiff served the Insurance Commissioner on October 5, 2021, but the Defendant did not receive the Summons and Complaint until October 12, 2021. The deadline runs from the date Penn-America Insurance Company received service of the Complaint; however, calculating from either date, the removal filing is timely.

3. Penn-America Insurance Company is a Pennsylvania stock insurance company with its principal place of business in Bala Cynwyd, Pennsylvania. No defendant in this case is a citizen of Connecticut.

4. The Plaintiff is a Connecticut limited liability company that owns property in East Hartford, Connecticut and has a business address in New York, New York. Upon information and belief, all of its members are residents of New York. No plaintiff in this case is a citizen of Pennsylvania, and thus, there is complete diversity of citizenship. (*See* **Exhibit 2**.)

5. This removal takes place on November 4, 2021, less than thirty days after Penn-America Insurance Company received the Summons and Complaint.

6. No defendant in this case was served prior to the filing of the notice of removal that has not joined in this removal.

7. As set forth in the attached Declaration, which is incorporated by reference and attached as **Exhibit 2**, Plaintiff has submitted various documents to support its damages claim, including documents from Napolitano Roofing. The estimate from Napolitano Roofing claims that the remediation cost for the subject storm damage is $682,335.93. Penn-America Insurance Company disputes this estimate on numerous grounds, including the fact that it incorporates uncovered costs such as costs related to code upgrades and overhead. However, this estimate and the Plaintiff's claim for such remediation costs establishes that the sum in dispute is well in excess of $75,000 for the subject claim, particularly since Plaintiff also claims damages related to the alleged theft of copper piping.

8. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332, because, upon information and belief, this is a civil action where the matter in controversy exceeds the sum or value of $75,000, exclusive of interests and costs, and the Plaintiff and the Defendant are citizens of different states.

9. Federal statute 28 U.S.C. § 1441 (a) provides that any civil action brought in a state of which the District Courts of the United States have jurisdiction may be removed by the Defendant to the District Court of the United States for the district and division embracing where such action is pending.

10. Accordingly, removal of this action is appropriate under the diversity jurisdiction and removal statutes 28 U.S.C. §§ 1332 and 1441, because there is complete diversity of citizenship between the Plaintiff and the Defendant and, upon information and belief; the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

11. Moreover, removal venue exists in the Court because the District Court is located within the geographical area embraced by the United States District Court for Connecticut.

12. Pursuant to 28 U.S.C. § 1446 (d) prompt written notice of this Notice of Removal is being given to the Plaintiff, through counsel of record, to the Clerk for the Superior Court, Judicial District of Hartford, and to the Clerk of Court for the United States District Court of Connecticut.

13. No pleadings, process or other papers, other than those attached, have been served upon the Defendant.

14. Plaintiff is represented by Michael Reiner, an attorney with the law firm Greene Law PC. Defendant Penn-America Insurance Company is represented by Litchfield Cavo LLP.

15. A Declaration in support of this removal petition, which further discusses diversity of citizenship and the amount in dispute is attached as **Exhibit 2** and incorporated by reference.

WHEREFORE, Defendant Penn-America Insurance Company prays that the above entitled matter, now pending in the Superior Court, Judicial District of Hartford, be removed to the United States District Court for the District of Connecticut, and that this Court accept jurisdiction of this action.

Respectfully submitted, this 4th day of November, 2021.

THE DEFENDANT,
PENN-AMERICA INSURANCE COMPANY


BY : */s/Kathleen F. Adams, ct 28120*
    Kathleen F. Adams, ct 28120
    Its Attorneys
    Litchfield Cavo LLP
    82 Hopmeadow Street, Suite 210
    Simsbury, CT  06089
    Tel: 860-413-2800
    Fax: 860-413-2801
    e-mail: adamsk@litchfieldcavo.com

## <u>CERTIFICATION OF SERVICE</u>

I hereby certify that on November 4, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

I further certify that I have on this day served all counsel of record, as well as all counsel for potentially interested parties, with this filing by depositing in the United States Mail a copy of same in an envelope with adequate postage thereon, addressed as follows, as well as sending a copy via electronic mail:

Michael D. Reiner, Esq.
Greene Law, P.C.
11 Talcott Notch Road
Farmington, CT 06032
service@greenelawpc.com

/s/Kathleen F. Adams, ct 28120
Kathleen F. Adams

# Exhibit "1"

**SUMMONS - CIVIL**
JD-CV-1  Rev. 2-20
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;
P.B. §§ 3-1 through 3-21, 8-1, 10-13

| For information on |
| ADA accommodations, |
| contact a court clerk or |
| go to: *www.jud.ct.gov/ADA*. |

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*



**Instructions are on page 2.**

- [ ] Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.
- [x] Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 OR MORE.
- [ ] Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**
By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk *(Number, street, town and zip code)* | Telephone number of clerk | Return Date *(Must be a Tuesday)* |
|---|---|---|
| 95 Washington Street, Hartford, CT 06106 | ( 860 ) 548 – 2700 | 11/02/2021 |

| | At *(City/Town)* | Case type code *(See list on page 2)* | |
|---|---|---|---|
| [x] Judicial District    G.A. | Hartford | Major: **C** | Minor: **20** |
| [ ] Housing Session   Number: | | | |

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented *(Number, street, town and zip code)* | Juris number *(if attorney or law firm)* |
|---|---|
| Greene Law, P.C. | 428354 |

| Telephone number | Signature of plaintiff *(if self-represented)* |
|---|---|
| ( 860 ) 676 – 1336 | |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. | [x] Yes [ ] No | E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book *(if agreed)* <br> service@greenelawpc.com |
|---|---|---|

| Parties | Name *(Last, First, Middle Initial)* and address of each party *(Number; street; P.O. Box; town; state; zip; country, if not USA)* | |
|---|---|---|
| **First plaintiff** | Name: 51 Applegate Partners LLC <br> Address: 51 Applegate Lane, East Hartford, CT 06118 | P-01 |
| **Additional plaintiff** | Name: <br> Address: | P-02 |
| **First defendant** | Name: **Penn-America Insurance Company, 1 Rockefeller Plaza, Ste. 1006, New York, NY 10020** <br> Address: c/o State of CT Insurance Commissioner, AFS, 153 Market Street, Hartford, CT 06103 | D-01 |
| **Additional defendant** | Name: <br> Address: | D-02 |
| **Additional defendant** | Name: <br> Address: | D-03 |
| **Additional defendant** | Name: <br> Address: | D-04 |

| Total number of plaintiffs: 1 | Total number of defendants: 1 | [ ] Form JD-CV-2 attached for additional parties |
|---|---|---|

## Notice to each defendant

1. **You are being sued.** This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney.
   **The court staff is not allowed to give advice on legal matters.**

| Date | Signed *(Sign and select proper box)* | | Name of person signing |
|---|---|---|---|
| 09/30/2021 | | [x] Commissioner of Superior Court <br> [ ] Clerk | Michael D. Reiner |

| If this summons is signed by a Clerk: | For Court Use Only |
|---|---|
| a. The signing has been done so that the plaintiff(s) will not be denied access to the courts. <br> b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law. <br> c. The court staff is not permitted to give any legal advice in connection with any lawsuit. <br> d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint. | File Date |

| I certify I have read and understand the above: | Signed *(Self-represented plaintiff)* | Date | Docket Number |
|---|---|---|---|

| | | |
|---|---|---|
| RETURN DATE: NOVEMBER 2, 2021 | : | SUPERIOR COURT |
| 51 APPLEGATE PARTNERS LLC | : | J.D. OF HARTFORD |
| VS | : | AT HARTFORD |
| PENN-AMERICA INSURANCE COMPANY | : | SEPTEMBER 30, 2021 |

## COMPLAINT

## COUNT ONE: BREACH OF CONTRACT (TREE CLAIM)

1.       Plaintiff, 51 Applegate Partners LLC ("51 Applegate"), is a limited liability company authorized to conduct business in the State of Connecticut.

2.       51 Applegate purchased an insurance policy from the Defendant bearing Policy Number PAV0267268, which covered the premises located at 51 Applegate Lane, East Hartford, Connecticut (the "Premises") and which was further amended by way of Standard Change Endorsement No. 1 effective February 19, 2021 (collectively the "Policy").

3.       The effective period of the Policy was December 17, 2020 to December 17, 2021.

4.       Plaintiff paid the Defendant all premiums due and owing and had complied with its obligations under the Policy.

5.       On December 23, 2020, a tree fell on the roof of the Premises causing substantial damage thereto.

6.       Plaintiff made a claim against the Policy for the aforementioned tree damage (the "Tree Claim").

7.       The Defendant has paid certain amounts on said Tree Claim but has not fully paid the total amounts claimed by Plaintiff.

8.       Liability for the above-mentioned Claim was covered by the Policy, including compensable damages in accordance with the applicable limits of the Policy.

9.      Having paid the premiums for the Policy, Plaintiff is entitled to coverage thereunder.

10.     Defendant has failed and/or refused to cover the Tree Claim in full.

11.     In failing to cover Plaintiff's Tree Claim in full, Defendant is in breach under the terms of the Policy.

12.     As a result of Defendant's breach of its obligations under the Policy, Plaintiff claims damages in an amount to be determined at trial.

## COUNT TWO: BREACH OF CONTRACT (PROPERTY DAMAGE)

1.  Plaintiff, 51 Applegate Partners LLC ("51 Applegate"), is a limited liability company authorized to conduct business in the State of Connecticut.

2.  51 Applegate purchased an insurance policy from the Defendant bearing Policy Number PAV0267268, which covered the premises located at 51 Applegate Lane, East Hartford, Connecticut (the "Premises") and which was further amended by way of Standard Change Endorsement No. 1 effective February 19, 2021 (collectively the "Policy").

3.  The effective period of the Policy was December 17, 2020 to December 17, 2021.

4.  Plaintiff paid the Defendant all premiums due and owing and had complied with its obligations under the Policy.

5.      On January 24, 2021, Plaintiff's representative, Alejandro Betancourt ("Betancourt"), discovered the copper wiring and other material within the Premises was removed and that there had been a flood in the kitchen area of the Premises.

6.      On February 17, 2021, Betancourt discovered a second event where the copper and other material was removed from the Premises.

2

7.       Both events had caused damage to the building, including the mechanicals therein.

8.       Following the February 17, 2021 event, Plaintiff made a claim against the Policy to the Defendant bearing Claim No. 21000880 (the "Claim").

9.       By way of letter dated March 1, 2021, Defendant declined coverage of the Claim stating the Policy contains a theft exclusion and that its investigation revealed no damage from forced entry.

10.      On May 7, 2021, Plaintiff discovered a third event causing damage to the Premises.

11.      Liability for the above-mentioned Claim and the May 7, 2021 event were covered by the Policy, including compensable damages in accordance with the applicable limits of the Policy.

12.      Having paid the premiums for the Policy, Plaintiff is entitled to coverage thereunder.

13.      Defendant has failed and/or refused to cover the Claim stemming from the aforementioned events in full.

14.      In failing to cover Plaintiff's Claim in full, Defendant is in breach under the terms of the Policy.

15.      As a result of Defendant's breach of its obligations under the Policy, Plaintiff claims damages in an amount to be determined at trial.

3

WHEREFORE, the Plaintiff claims:

1. Money damages;

2. Attorney fees;

3. Costs; and

4. Such other relief that the Court may deem just and proper.

THE PLAINTIFF,

By_____

Michael D. Reiner
Greene Law P.C.
Its Attorney
11 Talcott Notch Rd.
Farmington, CT 06032
Juris No.: 428354

4

| RETURN DATE: NOVEMBER 2, 2021 | : | SUPERIOR COURT |
| 51 APPLEGATE PARTNERS LLC | : | J.D. OF HARTFORD |
| VS | : | AT HARTFORD |
| PENN-AMERICA INSURANCE COMPANY | : | SEPTEMBER 30, 2021 |

## STATEMENT OF AMOUNT IN DEMAND

The amount, legal interest or property in demand is greater than TWO THOUSAND FIVE HUNDRED ($2,500.00) Dollars, exclusive of interest and costs.

THE PLAINTIFF,

By_____
Michael D. Reiner
Greene Law P.C.
Their Attorney
11 Talcott Notch Rd.
Farmington, CT 06032
Juris No.: 428354

5

<u>OFFICER'S RETURN</u>

State of Connecticut)
     ) SS: Hartford    October 5, 2021
County of Hartford)

Then and by virtue hereof and by direction of the Plaintiff's Attorney, I made due legal service by leaving two true and attested copies of the original Writ, Summons and Complaint, with my doings thereon endorsed, and paying the required fee, at the office of **Andrew Mais, Commissioner, State of Connecticut Insurance Department, 153 Market Street, 7th Floor, Hartford, CT 06103**. Said Commissioner is the authorized agent for service for **Penn-America Insurance Company, 1 Rockefeller Plaza, Suite 1006, New York, NY 10020,** the within named defendant.

The within is the original Writ, Summons and Complaint, with my doings hereon endorsed.

| | | |
|---|---|---|
| Fees: | | Attest: |
| Pages | 12.00 | Michael DeLorenzo |
| Endorse | 2.40 | CT State Marshal |
| Service | 40.00 | Hartford County |
| Insurance Dept. | 50.00 | |
| Travel | 7.84 | |
| Total | $112.24 | |

# Exhibit "2"

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| 51 APPLEGATE PARTNERS, LLC | : | |
| Plaintiff | : | CIVIL ACTION NO.: |
| | : | |
| VS. | : | |
| | : | |
| PENN-AMERICA INSURANCE | : | |
| COMPANY | : | |
| Defendant | : | NOVEMBER 3, 2021 |

## <u>DECLARATION OF KATE WILKINSON</u>

I, Kate Wilkinson, do depose and state as follows:

1.      I am over the age of 18 and understand the obligations of an oath.

2.      I am the Assistant Vice President Claims for Global Indemnity Group, which is the parent company to Penn-America Insurance Company.

3.      I have personal knowledge of the matters stated herein.

4.      Upon information and belief, the Plaintiff is a Connecticut limited liability company that owns property in East Hartford, Connecticut and has a principal business address in New York, New York. Upon information and belief, all of its members are residents of New York. A copy of the Connecticut Secretary of State filing is attached hereto as <u>Exhibit A</u>.

5.      The Defendant, Penn-America Insurance Company, is a Pennsylvania stock insurance company with its principal place of business in Bala Cynwyd, Pennsylvania.

6.      This action arises out of Penn-America Insurance Company's alleged breach of its insurance contract with the Plaintiff. Plaintiff made a claim under Penn-America Insurance Company Policy No. PAV0267268, effective December 17, 2020 to December 17, 2021 (the "Policy"). The Policy insures a vacant building in East Hartford, Connecticut that the Plaintiff is in the process of rehabilitating. The Plaintiff made claims under the Policy for alleged storm

1

damage to the premises and the alleged theft of copper piping at the premises. Penn-America Insurance Company issued payment in relation to the storm damage in the amount of $278,001.41, and the Plaintiff cashed the subject check. Penn-America Insurance Company denied coverage for the theft claim because it is not covered under the Policy and is barred by various exclusions, including the Policy's Theft Exclusions.

7.      Plaintiff has submitted various documents to support its damages claim, including documents from Napolitano Roofing. A true and accurate copy of the estimate from Napolitano Roofing is attached as Exhibit B.  The estimate from Napolitano Roofing claims that the remediation cost for the subject storm damage is $682,335.93. Penn-America Insurance Company disputes this estimate on numerous grounds, including the fact that it incorporates uncovered costs such as costs related to code upgrades and overhead. However, this estimate and the Plaintiff's claim for such remediation costs establish that the sum in dispute is well in excess of $75,000 for the subject claim, particularly since Plaintiff also claims damages related to the alleged theft of the copper piping.

8.      Based on my oversight of the claim and knowledge concerning the claim, the sum in dispute is in excess of $75,000.

9.      This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332, because, upon information and belief, this is a civil action where the matter in controversy exceeds the sum or value of $75,000, exclusive of interests and costs, and the Plaintiff and the Defendant are citizens of different states, namely New York and Pennsylvania.

10.      Penn-America Insurance Company received a copy of the Summons and Complaint on or about October 12, 2021. Accordingly, this removal paperwork is filed in a timely fashion.

I declare under penalty of perjury that the foregoing is true and correct.


Executed this ___ of November, 2021.

Kate Wilkinson

# Exhibit "A"

 **SECRETARY OF THE STATE OF CONNECTICUT**

### CERTIFICATE OF ORGANIZATION
LIMITED LIABILITY COMPANY - DOMESTIC

| | |
|---|---|
| **FILING PARTY**(CONFIRMATION WILL BE SENT TO THIS ADDRESS) | |

**Name:**   GREENE LAW, P.C.

**Mailing Address:**   11 TALCOTT NOTCH ROAD

**City:**   FARMINGTON

**State:**   CT          **Zip:** 06032

**Country:**

```
       FILING #0006688673 PG 1 OF 3
           VOL E-00052 PAGE 0261
       FILED ON 12/02/2019 11:44 AM
   SECRETARY OF THE STATE OF CONNECTICUT
```

**1. NAME OF LIMITED LIABILITY COMPANY - REQUIRED**: (MUST INCLUDE BUSINESS DESIGNATION I.E LLC, L.L.C., ETC.)

  51 APPLEGATE PARTNERS LLC

**2. LLC'S PRINCIPAL OFFICE ADDRESS - REQUIRED:**(NO P.O. BOX) PROVIDE FULL ADDRESS.

**Street:**          420 MADISON AVENUE

                     SUITE 1001

**City:**            NEW YORK

**State:**           NY                              **Zip:**     10017

**Country:**         USA

**3. MAILING ADDRESS, REQUIRED -** PROVIDE FULL ADDRESS. (P.O.BOX IS ACCEPTABLE)

**Street:**          420 MADISON AVENUE

                     SUITE 1001

**City:**            NEW YORK

**State:**           NY                              **Zip:**     10017

**Country:**         USA

**4. APPOINTMENT OF REGISTERED AGENT - REQUIRED:** (COMPLETE A OR B NOT BOTH)

☐ **A. IF AGENT IS AN INDIVIDUAL.**

  **PRINT OR TYPE FULL LEGAL NAME:**

| **CT BUSINESS ADDRESS** <br> (P.O. BOX NOT ACCEPTABLE) IF NONE, MUST STATE "NONE" | **CONNECTICUT RESIDENCE ADDRESS (REQUIRED)** <br> (P.O. BOX NOT ACCEPTABLE) |
|---|---|
| **Street:**      NONE | **Street:**      NONE |
| **City:** | **City:** |
| **State:**              **Zip:** | **State:**              **Zip:** |
| **Country:** | **Country:** |

**CONNECTICUT MAILING ADDRESS (REQUIRED)** (P.O. BOX ACCEPTABLE)

**Street:**          NONE

**City:**

**State:**                                           **Zip:**

**Country:**

```
FILING #0006688673 PG 2 OF 3
VOL E-00052 PAGE 0262
FILED ON 12/02/2019 11:44 AM
SECRETARY OF THE STATE OF CONNECTICUT
```

**SIGNATURE ACCEPTING APPOINTMENT:** [This document has been executed and filed electronically]

**◉ B. IF AGENT IS A BUSINESS:**

**PRINT OR TYPE NAME OF BUSINESS AS IT APPEARS ON OUR RECORDS:**

GREENE LAW, P.C.

| **CT BUSINESS ADDRESS** (P.O. BOX NOT ACCEPTABLE) | | **CT MAILING ADDRESS** (P.O. BOX ACCEPTABLE) | |
|---|---|---|---|
| **Street:** | 11 TALCOTT NOTCH ROAD | **Street:** | 11 TALCOTT NOTCH ROAD |
| **City:** | FARMINGTON | **City:** | FARMINGTON |
| **State:** | CT          **Zip:** 06032 | **State:** | CT          **Zip:** 06032 |
| **Country:** | | **Country:** | |

**SIGNATURE ACCEPTING APPOINTMENT ON BEHALF OF AGENT:** [This document has been executed and filed electronically]

MICHAEL REINER

**PRINT NAME & TITLE OF PERSON SIGNING:**     MICHAEL REINER   &   ATTORNEY

**5. MANAGER OR MEMBER INFORMATION - REQUIRED:** (MUST LIST ATLEAST ONE MANAGER OR MEMBER OF THE LLC.)

**NAME / TITLE :** 51 APPLEGATE PARTNERS 26 LLC / MEMBER

| **BUSINESS ADDRESS** | | **RESIDENCE ADDRESS** | |
|---|---|---|---|
| **Street:** | 420 MADISON AVENUE | **Street:** | NONE |
| | SUITE 1001 | **City:** | |
| **City:** | NEW YORK | **State:** | **Zip:** |
| **State:** | NY          **Zip:** 10017 | **Country:** | |
| **Country:** | USA | | |

**NAME / TITLE :** DAVID SHEBIRO / MEMBER

| **BUSINESS ADDRESS** | | **RESIDENCE ADDRESS** | |
|---|---|---|---|
| **Street:** | 420 MADISON AVENUE | **Street:** | 244 5TH AVENUE |
| | SUITE 1001 | | SUITE E262 |
| **City:** | NEW YORK | **City:** | MANHATTAN |
| **State:** | NY          **Zip:** 10017 | **State:** | NY          **Zip:** |
| **Country:** | USA | **Country:** | USA |

```
                              FILING #0006688673 PG 3 OF 3
                                 VOL E-00052 PAGE 0263
                              FILED ON 12/02/2019 11:44 AM
                            SECRETARY OF THE STATE OF CONNECTICUT
```

**6. ENTITY EMAIL ADDRESS-REQUIRED: (IF NONE, MUST STATE "NONE.")**

  DSHEBIRO@GMAIL.COM

**7 . EXECUTION - REQUIRED:** (SUBJECT TO PENALTY OF FALSE STATEMENT) [This document has been executed and filed electronically]

  **Date: (MM/DD/YYYY)** 12/02/2019

| **NAME OF ORGANIZER**<br>(print/type) | **SIGNATURE**<br>(required) |
|---|---|
| MICHAEL D. REINER | MICHAEL D. REINER |

# Exhibit "B"

 **Napolitano Roofing**

2305 Hebron Ave
Glastonbury, CT 06033
(860)519-4900

| | | | |
|---|---|---|---|
| Insured: | 51 Applegate Partners, LLC | Home: | (917) 747-1400 |
| Property: | 51 Applegate Lane | | |
| | East Hartford, CT 06118 | | |

**Claim Number:** 21000030       **Policy Number:** PAU0267268       **Type of Loss:** Wind Damage

| | | | |
|---|---|---|---|
| Date of Loss: | 12/17/2020 | Date Received: | |
| Date Inspected: | | Date Entered: | 2/3/2021 6:38 AM |

| | |
|---|---|
| Price List: | CTHA8X_FEB21 |
| | Restoration/Service/Remodel |
| Estimate: | 51_APPLEGATE_PARTNER |

All changes are in **BOLD**



**Napolitano Roofing**

2305 Hebron Ave
Glastonbury, CT 06033
(860)519-4900

### 51_APPLEGATE_PARTNER
### Main Level

#### Hip Roofs

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **1.  Remove Laminated - Slate look Premium grd comp. shingle - w/felt** | **259.29 SQ** | **78.59** | **0.00** | **1,552.78** | **4,075.52** | **26,005.90** |
| **2.  Laminated - Slate look Premium comp. shingle - w/out felt** | **298.33 SQ** | **0.00** | **519.96** | **11,820.12** | **31,023.94** | **197,963.73** |

*The shingle present is a designer shingle, not 3 tab. 15% waste applied to FIELD SHINGLES ONLY. Does not include ridge shingles or starter course. Underlayment figured separately.*

| | | | | | | |
|---|---|---|---|---|---|---|
| **3.  Asphalt starter - universal starter course** | **1,810.40 LF** | **0.00** | **2.80** | **386.27** | **1,013.82** | **6,469.21** |

*Starter course comes in 120 LF bundles and is not included in the field shingle line item. It is specified several times throughout, but specifically, Building code R905.1 states that roof coverings shall be applied in accordance to the manufactures instructions. The manufacturers instructions say that a true starter strip needs to be installed on the eaves and the rakes.*

| | | | | | | |
|---|---|---|---|---|---|---|
| **4.  Ice & water barrier** | **105.90 SF** | **0.00** | **1.89** | **15.25** | **40.04** | **255.44** |

*According to 1507.2.9.2 of the IBC code book, it is required to have a valley liner.*
*"Valley lining of one ply of smooth roll roofing complying with ASTM D6380, and at least 36in wide"*

| | | | | | | |
|---|---|---|---|---|---|---|
| **5.  Ice & water barrier** | **10,862. SF 40** | **0.00** | **1.89** | **1,564.38** | **4,105.98** | **26,200.30** |

*R905.1.2 Ice Barriers*
*In areas where there has been a history of ice forming along the eaves causing a backup of water as designated in Table R301.2(1), an ice barrier shall be installed for asphalt shingles, metal roof shingles, mineral-surfaced roll roofing, slate and slate-type shingles, wood shingles and wood shakes. The ice barrier shall consist of not fewer than two layers of underlayment cemented together, or a self-adhering polymer-modified bitumen sheet shall be used in place of normal underlayment and extend from the lowest edges of all roof surfaces to a point not less than 24 inches (610 mm) inside the exterior wall line of the building. On roofs with slope equal to or greater than 8 units vertical in 12 units horizontal, the ice barrier shall also be applied not less than 36 inches (914 mm) measured along the roof slope from the eave edge of the building.*

| | | | | | | |
|---|---|---|---|---|---|---|
| **6.  Roofing felt - 15 lb. - double coverage/low slope** | **189.71 SQ** | **0.00** | **71.79** | **1,037.78** | **2,723.86** | **17,380.92** |

*R905.2.2 Slope*
*Asphalt shingles shall be used only on roof slopes of two units in 12 units (2:12) and greater.  For roof slopes from two units vertical in 12 units horizontal (2:12) up to four units vertical in 12 units horizontal (4:12), double underlayment application is required in accordance with Section R905.1.1.*

| | | | | | | |
|---|---|---|---|---|---|---|
| 7.  R&R Sheathing - plywood - 5/8" CDX | 864.00 SF | 0.60 | 3.33 | 258.74 | 679.10 | 4,333.36 |
| **8.  Sheathing - additional cost for H-clips** | **864.00 SF** | **0.00** | **0.14** | **9.22** | **24.20** | **154.38** |
| 9.  Flashing - pipe jack | 31.00 EA | 0.00 | 54.83 | 129.52 | 339.94 | 2,169.19 |
| **10.  Step flashing** | **52.50 LF** | **0.00** | **12.43** | **49.73** | **130.52** | **832.83** |
| **11.  R&R Flashing - L flashing - color finish** | **2,884.40 LF** | **0.62** | **5.33** | **1,307.76** | **3,432.44** | **21,902.38** |
| **12.  R&R Flashing, 20" wide** | **972.40 LF** | **0.62** | **5.37** | **443.84** | **1,164.94** | **7,443.46** |
| **13.  R&R Chimney flashing - average (32" x 36")** | **2.00 EA** | **19.86** | **500.40** | **79.28** | **208.10** | **1,327.90** |

*The removal of chimney flashing is not part of xactimate tear off pricing and must be figured separately.*



**Napolitano Roofing**

2305 Hebron Ave
Glastonbury, CT 06033
(860)519-4900

### CONTINUED - Hip Roofs

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 14.  Ridge cap - High profile - composition shingles | 1,469.10 LF | 0.00 | 7.26 | 812.72 | 2,133.14 | 13,611.53 |
| 15.  Roof vent - turtle type - Metal | 169.00 EA | 0.00 | 75.87 | 977.04 | 2,564.40 | 16,363.47 |

*No ventilation currently present. Additional ventilation required per code and manufacturer's instruction. Failure to meet minimum ventilation requirements will render the shingle manufacturer warranty null and void.*
*TURTLE FIGURES ARE AS FOLLOWS -*
*36367 sq. ft. of tear off/1.031 pitch factor for 3 pitch=35273.521/300 amount of total ventilation per sq.=117.578*144 convert to sq. in.=16931.290/50 amount of sq. inches per vent=338.63/2=169.313 exhaust vent only - ROUND TO 169.*

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 16.  Clean soffit - wood | 850.00 SF | 0.00 | 0.36 | 23.32 | 61.20 | 390.52 |
| 17.  Prime & paint exterior soffit - wood | 850.00 SF | 0.00 | 2.00 | 129.54 | 340.00 | 2,169.54 |
| 18.  No Access Roofer - per hour | 149.17 HR | 0.00 | 185.00 | 2,102.84 | 5,519.30 | 35,218.59 |

*Roofing No Access--- Review diagram and/or photos.  As with most commercial properties it has limited staging area (Materials and Dumpster) that leaves several slopes without direct access to the staging area.  Usually you would utilize a boom lift but with limited access that can't be done. To include: expensive landscaping and patio decks.  Utilizing three additional workers to include hand carrying the existing roofing shingles, felt, drip edge, valleys, and roofing accessories to the dumpster area.  Then do an extensive clean-up.  Finally hand carries the new shingles and all accessories to those elevations to be carried to the roof.   Figured 15 minutes to load on the roof and 15 minutes off (haul to dumpster and cleanup).*

| | | | | | | |
|---|---|---|---|---|---|---|
| Totals:  Hip Roofs | | | | 22,700.13 | 59,580.44 | 380,182.65 |

### Mansard

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 19.  Remove Laminated - Slate look Premium grd comp. shingle - w/felt | 104.38 SQ | 78.59 | 0.00 | 625.08 | 1,640.64 | 10,468.94 |
| 20.  Laminated - Slate look Premium comp. shingle - w/out felt | 132.33 SQ | 0.00 | 519.96 | 5,243.04 | 13,761.26 | 87,810.61 |

*The shingle present is a designer shingle, not 3 tab.*

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 21.  Asphalt starter - universal starter course | 1,810.40 LF | 0.00 | 2.80 | 386.27 | 1,013.82 | 6,469.21 |

*Starter course comes in 120 LF bundles and is not included in the field shingle line item. It is specified several times throughout, but specifically, Building code R905.1 states that roof coverings shall be applied in accordance to the manufactures instructions. The manufacturers instructions say that a true starter strip needs to be installed on the eaves and the rakes.*

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 22.  Ridge cap - High profile - composition shingles | 144.00 LF | 0.00 | 7.26 | 79.67 | 209.08 | 1,334.19 |
| 23.  Ice & water barrier | 10,438.00 SF | 0.00 | 1.89 | 1,503.26 | 3,945.56 | 25,176.64 |

*R905.1.2 Ice Barriers*
 *In areas where there has been a history of ice forming along the eaves causing a backup of water as designated in Table R301.2(1), an ice barrier shall be installed for asphalt shingles, metal roof shingles, mineral-surfaced roll roofing, slate and slate-type shingles, wood shingles and wood shakes. The ice barrier shall consist of not fewer than two layers of underlayment cemented together, or a self-adhering polymer-modified bitumen sheet shall be used in place of normal underlayment and extend from the lowest edges of all roof surfaces to a point not less than 24 inches (610 mm) inside the exterior wall line of the building. On roofs with slope equal to or greater than 8 units vertical in 12 units horizontal, the ice barrier shall also be applied not less than 36 inches (914 mm) measured along the roof slope from the eave edge of the building.*

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 24.  R&R Drip edge/gutter apron | 1,810.40 LF | 0.34 | 3.09 | 473.19 | 1,241.92 | 7,924.79 |



**Napolitano Roofing**

2305 Hebron Ave
Glastonbury, CT 06033
(860)519-4900

**CONTINUED - Mansard**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|

*R905.2.8.5 A drip edge shall be provided at Eaves and Rakes of shingle roofs. Adjacent segments of drip edge shall be overlapped not less than 2 inches. Drip edge shall extend not less than 1/4" below the roof sheathing and extend up back onto the roof deck not less than 2 inches. Drip edges shall be mechanically fastened to the roof deck at not more than 12 inches with fasteners as specified in Section R905.2.5. Underlayment shall be installed over the drip edge along eaves and under the drip edge along rake edges.*
*R908.5 Reinstallation of materials states "Any existing flashings, edgings, outlets, vents or similar devices that are a part of the assembly shall be replaced where rusted, damaged or deteriorated.." Drip edge cannot be reinstalled due to it being bent and have holes from previous installation. This will be considered "damaged flashing".*

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **25.  Remove Additional charge for steep roof greater than 12/12 slope** | **104.38 SQ** | **28.89** | **0.00** | **229.79** | **603.10** | **3,848.43** |
| **26.  Additional charge for steep roof greater than 12/12 slope** | **132.33 SQ** | **0.00** | **120.01** | **1,210.13** | **3,176.18** | **20,267.23** |

*Additional charge for lost labor productivity on a steep roof and additional safety precautions due to increased danger. The quantity of this line item reflects a waste factor that includes cutting loss for the field shingles, as well as the starter course and hip/ridge shingles. That is because Xactimate does not have a steep charge line item for starter course and hip/ridge shingles.*

| | | | | | | |
|---|---|---|---|---|---|---|
| **27.  Add for adhesive application - comp shingle - cold weather** | **132.33 SQ** | **0.00** | **78.69** | **793.48** | **2,082.62** | **13,289.15** |

*R904.1 The requirements set forth in this section shall apply to the application of roof covering materials specified herein.  Roof assemblies shall be applied in accordance with this chapter and the manufacture's installation instructions.*
*Manufactures directions state: "For slopes exceeding 60 degrees or 21 inches per foot (21:12), use six nails and four spots of asphaltic plastic cement per shingle.  Apply immediately, one 1in diameter spot of asphalt plastic cement under each shingle tab.  Center asphalt plastic cement 2in up from bottom edge of shingle tab.*

| | | | | | | |
|---|---|---|---|---|---|---|
| **28.  No Access Roofer - per hour** | **66.17 HR** | **0.00** | **185.00** | **932.80** | **2,448.30** | **15,622.55** |

*Roofing No Access--- Review diagram and/or photos.  As with most commercial properties it has limited staging area (Materials and Dumpster) that leaves several slopes without direct access to the staging area.  Usually you would utilize a boom lift but with limited access that can't be done.  To include: expensive landscaping and patio decks.  Utilizing three additional workers to include hand carrying the existing roofing shingles, felt, drip edge, valleys, and roofing accessories to the dumpster area.  Then do an extensive clean-up.  Finally hand carries the new shingles and all accessories to those elevations to be carried to the roof.   Figured 15 minutes to load on the roof and 15 minutes off (haul to dumpster and cleanup).*

| | | | | | | |
|---|---|---|---|---|---|---|
| Totals:  Mansard | | | | 11,476.71 | 30,122.48 | 192,211.74 |

**Flat Roof**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 29.  R&R Cap flashing | 264.90 LF | 0.62 | 21.90 | 454.58 | 1,193.10 | 7,613.23 |
| 30.  R&R Rubber roofing - Mechanically attached - 60 mil | 36.78 SQ | 82.47 | 436.71 | 1,455.07 | 3,819.10 | 24,369.61 |
| 31.  Remove Insulation - polystyrene board, 2" | 36.78 SQ | 42.85 | 0.00 | 120.10 | 315.20 | 2,011.32 |
| **32.  Insulation - ISO board, 4"** | **36.78 SQ** | **0.00** | **463.30** | **1,298.46** | **3,408.04** | **21,746.67** |
| **33.  Insulation - ISO board, 1 1/2"** | **36.78 SQ** | **0.00** | **227.57** | **637.80** | **1,674.00** | **10,681.82** |
| *5.5" of ISO required to achieve an R-30 above roofline.* | | | | | | |
| 34.  R&R Sheathing - plywood - 5/8" CDX | 64.00 SF | 0.60 | 3.33 | 19.17 | 50.30 | 320.99 |
| **35.  Sheathing - additional cost for H-clips** | **64.00 SF** | **0.00** | **0.14** | **0.68** | **1.80** | **11.44** |



**Napolitano Roofing**

2305 Hebron Ave
Glastonbury, CT 06033
(860)519-4900

### CONTINUED - Flat Roof

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 36. Ice & water barrier | 541.50 SF | 0.00 | 1.89 | 77.99 | 204.68 | 1,306.11 |
| 37. R&R Drip edge/gutter apron | 264.90 LF | 0.34 | 3.09 | 69.24 | 181.72 | 1,159.57 |
| 38. No Access Roofer - per hour | 18.39 HR | 0.00 | 185.00 | 259.25 | 680.44 | 4,341.84 |

*Roofing No Access--- Review diagram and/or photos. As with most commercial properties it has limited staging area (Materials and Dumpster) that leaves several slopes without direct access to the staging area. Usually you would utilize a boom lift but with limited access that can't be done. To include: expensive landscaping and patio decks. Utilizing three additional workers to include hand carrying the existing roofing shingles, felt, drip edge, valleys, and roofing accessories to the dumpster area. Then do an extensive clean-up. Finally hand carries the new shingles and all accessories to those elevations to be carried to the roof. Figured 15 minutes to load on the roof and 15 minutes off (haul to dumpster and cleanup).*

| | | | | | | |
|---|---|---|---|---|---|---|
| Totals: Flat Roof | | | | 4,392.34 | 11,528.38 | 73,562.60 |
| Total: Main Level | | | | 38,569.18 | 101,231.30 | 645,956.99 |

### Other Structures

#### Fence

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 39. R&R Chain link fence w/posts & top rail - 5' high | 48.00 LF | 2.84 | 14.94 | 65.04 | 170.68 | 1,089.16 |

*Damaged by falling tree.*

| | | | | | | |
|---|---|---|---|---|---|---|
| Totals: Fence | | | | 65.04 | 170.68 | 1,089.16 |
| Total: Other Structures | | | | 65.04 | 170.68 | 1,089.16 |

#### General Conditions

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 40. General clean - up | 24.00 HR | 0.00 | 41.02 | 75.01 | 196.90 | 1,256.39 |

*General site and grounds cleanup.*

| | | | | | | |
|---|---|---|---|---|---|---|
| 41. Commercial Supervision / Project Management - per hour | 40.00 HR | 0.00 | 76.50 | 233.17 | 612.00 | 3,905.17 |

*Supervisory hours for this project are required.*
*A dedicated w2 employee supervisor oversees the job and review its compliance with local enforcement as well as OSHA and other government agencies. The supervisor will perform beginning, mid and final inspections as well as dry-in and final inspections with the enforcement agency. The supervisor will vet all access to the site and secure it for safety. These labor hours are not part of any line item description and are defined by xactimate as - a Superintendent/Project Manager used to manage residential jobs where Supervision/Project Management is needed to coordinate the work of subcontractors, or perform other project management duties. This item is not intended to be used for a working crew leader.*

| | | | | | | |
|---|---|---|---|---|---|---|
| 42. OSHA Supervision - per hour | 8.00 HR | 0.00 | 76.50 | 46.63 | 122.40 | 781.03 |



**Napolitano Roofing**

2305 Hebron Ave
Glastonbury, CT 06033
(860)519-4900

**CONTINUED - General Conditions**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| *1926.502(h)*<br>*"Safety monitoring systems." Safety monitoring systems [See 1926.501(b)(10) and 1926.502(k)] and their use shall comply with the following provisions:*<br>*1926.502(h)(1)*<br>*The employer shall designate a competent person to monitor the safety of other employees and the employer shall ensure that the*<br>*safety monitor complies with the following requirements:*<br>*1926.502(h)(1)(i)*<br>*The safety monitor shall be competent to recognize fall hazards;*<br>*1926.502(h)(1)(ii)*<br>*The safety monitor shall warn the employee when it appears that the employee is unaware of a fall hazard or is acting in an unsafe manner;*<br>*1926.502(h)(1)(iii)*<br>*The safety monitor shall be on the same walking/working surface and within visual sighting distance of the employee being monitored;*<br>*1926.502(h)(1)(iv)*<br>*The safety monitor shall be close enough to communicate orally with the employee; and*<br>*1926.502(h)(1)(v)*<br>*The safety monitor shall not have other responsibilities which could take the monitor's attention from the monitoring function.* | | | | | | |
| **43.  Fall protection harness and lanyard - per day** | **50.00 DA** | **0.00** | **8.00** | **30.48** | **80.00** | **510.48** |
| *1926.501(b)(2)(ii)*<br>*Each employee on a walking/working surface 6 feet (1.8 m) or more above a lower level where leading edges are under construction, but who is not engaged in the leading edge work, shall be protected from falling by a guardrail system, safety net system, or personal fall arrest system. If a guardrail system is chosen to provide the fall protection, and a controlled access zone has already been established for leading edge work, the control line may be used in lieu of a guardrail along the edge that parallels the leading edge.* | | | | | | |
| **44.  Personal protective mask (N-95)** | **100.00 EA** | **0.00** | **4.10** | **31.25** | **82.00** | **523.25** |
| *Due to the current global situation, all employees will be required to wear proper face protection at all times during this project. Figures 2 masks per day per employee during project.* | | | | | | |
| **45.  Eye protection - plastic goggles - Disposable** | **50.00 EA** | **0.00** | **9.88** | **37.64** | **98.80** | **630.44** |
| *1926.20(f)(1) Personal protective equipment. Standards in this part requiring the employer to provide personal protective equipment (PPE), including respirators and other types of PPE, because of hazards to employees impose a separate compliance duty with respect to each employee covered by the requirement.* | | | | | | |
| **46.  Ladder (per week)** | **2.00 WK** | **0.00** | **128.67** | **19.61** | **51.46** | **328.41** |
| *1910.23(b)*<br>*General requirements for all ladders. The employer must ensure:*<br>*1910.23(b)(1)*<br>*Ladder rungs, steps, and cleats are parallel, level, and uniformly spaced when the ladder is in position for use.* | | | | | | |
| **47.  Temporary toilet (per month)** | **1.00 MO** | **0.00** | **190.04** | **14.48** | **38.00** | **242.52** |
| *1915.88(d)(3)(i)*<br>*The employer shall provide portable toilets, pursuant to paragraph (d)(2)(i) and Table to paragraph (d)(2) of this section, only when the employer demonstrates that it is not feasible to provide sewered toilets, or when there is a temporary increase in the number of employees for a short duration of time.* | | | | | | |
| 48.  Dumpster load - Approx. 20 yards, 4 tons of debris | 1.00 EA | 581.00 | 0.00 | 44.27 | 116.20 | 741.47 |
| *Allowance for items not included in the line items for shingle haul off and disposal.* | | | | | | |
| **49.  Scaffold - per section (per week)** | **24.00 WK** | **0.00** | **51.21** | **93.65** | **245.80** | **1,568.49** |
| **50.  Labor to set up and take down scaffold - per section** | **40.00 EA** | **0.00** | **28.62** | **87.23** | **228.96** | **1,460.99** |
| *Labor to move scaffolding as necessary to access mansard roof for replacement.* | | | | | | |



**Napolitano Roofing**

2305 Hebron Ave
Glastonbury, CT 06033
(860)519-4900

### CONTINUED - General Conditions

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 51.  Tree Service Invoice | 1.00 EA | 19,143.00 | 0.00 | 1,458.70 | 3,828.60 | 24,430.30 |
| **52.  Taxes, insurance, permits & fees (Bid Item)** | **1.00 EA** | | | | | **PWI** |
| Totals:  General Conditions | | | | 2,172.12 | 5,701.12 | 36,378.94 |
| **Line Item Totals: 51_APPLEGATE_PARTNER** | | | | **40,806.34** | **107,103.10** | **683,425.09** |

| Coverage | Item Total | % | ACV Total | % |
|---|---|---|---|---|
| Dwelling | 682,335.93 | 99.84% | 682,335.93 | 99.84% |
| Other Structures | 1,089.16 | 0.16% | 1,089.16 | 0.16% |
| Contents | 0.00 | 0.00% | 0.00 | 0.00% |
| Total | 683,425.09 | 100.00% | 683,425.09 | 100.00% |



**Napolitano Roofing**

2305 Hebron Ave
Glastonbury, CT 06033
(860)519-4900

## Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 534,662.21 |
| Overhead | 53,466.21 |
| Profit | 53,466.21 |
| Comm Repr/Remod Tax | 40,741.30 |
| **Replacement Cost Value** | **$682,335.93** |
| **Net Claim** | **$682,335.93** |



**Napolitano Roofing**

2305 Hebron Ave
Glastonbury, CT 06033
(860)519-4900

## Summary for Other Structures

| | |
|---|---:|
| Line Item Total | 853.44 |
| Overhead | 85.34 |
| Profit | 85.34 |
| Comm Repr/Remod Tax | 65.04 |
| **Replacement Cost Value** | **$1,089.16** |
| **Net Claim** | **$1,089.16** |

As a General Contractor we are required to abide by all state regulated building codes and schedule/supervise all speciality trade sub-contractors, as well as, handle all permit processes, OSHA regulation compliance, general liability insurance for this project, and worker's compensation for our employees/sub-contractors that we supervise or that otherwise enter the job site while work is in progress. Therefore, General Contractors overhead and profit is charged on all projects.